

**U.S. Department of Transportation**
**National Highway Traffic Safety Administration**

# ODI RESUME

| | |
|---|---|
| **Investigation:** | DP 14-003 |
| **Prompted by:** | Petition |
| **Date Opened:** | 09/19/2014 |
| **Date Closed:** | 04/29/2015 |
| **Investigator:** | Stephen Mchenry |
| **Reviewer:** | Jeff Quandt |
| **Approver:** | Otto Matheke |
| **Subject:** | Low-speed surging |

## MANUFACTURER & PRODUCT INFORMATION

| | |
|---|---|
| **Manufacturer:** | Toyota Motor Corporation |
| **Products:** | 2006-2010 Toyota Corolla |
| **Population:** | 1,690,000 |
| **Problem Description:** | The petitioner alleges incidents of low-speed surging, in which the brakes fail to stop the vehicle causing a crash. |

## FAILURE REPORT SUMMARY

| | ODI | Manufacturer | Total |
|---|---|---|---|
| **Complaints:** | 1 | 0 | 1 |
| **Crashes/Fires:** | 1 | 0 | 1 |
| **Injury Incidents:** | 0 | 0 | 0 |
| **Fatality Incidents:** | 0 | 0 | 0 |
| **Other*:** | 105 | 0 | 105 |

**\*Description of Other:** VOQs submitted by the petitioner where there is an alleged increase in engine power which the brakes reportedly are unable to control: incidents are caused by pedal misapplication or by a late braking effort of the driver (see Summary section below).

## ACTION / SUMMARY INFORMATION

**Action:**   The petition is denied.

**Summary:**

The Agency received a petition on September 11, 2014 requesting an investigation into, "low-speed surging in the 2006-2010 Toyota Corolla [vehicles] with ETCS-i, in which the brakes fail to stop the vehicle in time to prevent a crash."

NHTSA conducted a technical review of the material cited and provided by the petitioner, material Toyota submitted in response to a NHTSA formal request, interviews with complainants and manufacturer representatives, as well as the results of testing of the complaint vehicle.  Taking into account the allocation of agency resources, agency priorities, and the likelihood that an additional investigation would result in a finding that a defect related to motor vehicle safety exists, NHTSA has concluded that further investigation of the issues raised by the petition is not warranted.  The agency accordingly has denied the petition.

The official petition denial, as published in the Federal Register, is available in the document file for this defect petition, as well as copies of reference material related to the denial.

Regarding the VOQs associated with the closing of this investigation, the scope as defined by the petitioner is MY 2006 through 2010 Toyota Corollas.  Of the 163 VOQs submitted by the petitioner, 149 are within that specific population (11 of the 163 were outside the model and model year scope of investigation as defined by the petitioner and 3 VOQs were submitted by owners from foreign countries) and 6 of the 163 are duplicate submissions.  Therefore, there are 143 unique vehicles vins are within the specific population.  Of the 143 only 105 fit the alleged defect category as defined by the petitioner.  The single complaint and crash noted in the Failure Report above is the

petitioner's VOQ.

The 143 VOQs are: 10165337, 10166526, 10209540, 10216514, 10256808 (duplicate with 10266580 and 10335955), 10272505, 10293497, 10293688, 10294727, 10297407, 10298012, 10302217, 10302877, 10303106, 10303469, 10303730, 10304192, 10305748, 10305845, 10306012, 10306480, 10307953, 10310973, 10311137, 10311176, 10311185, 10311756, 10312246, 10312272 (duplicate with 10343088), 10312771, 10313972, 10314880, 10315240, 10315442, 10315836, 10315927, 10316192, 10316627, 10316643, 10316800, 10316952, 10317128, 10317598, 10317725, 10317804, 10317894, 10317972, 10317978, 10318562, 10319589, 10320693, 10320720, 10322163, 10322213, 10322333, 10322415, 10324355, 10325755, 10326481, 10327623, 10328492, 10328519, 10329537, 10330026 (duplicate with 10356866), 10330952, 10332679, 10334005 (duplicate with 10340570 and 10547602), 10334028, 10334628, 10334936, 10336649, 10339772, 10339969, 10341515, 10342670, 10342932, 10343174, 10344874, 10345714, 10348120, 10350342, 10351112, 10352668, 10352691, 10353587, 10358767, 10359645, 10360875, 10360905, 10361254, 10363529, 10363685, 10363866, 10364127, 10366100, 10366413, 10369073, 10369494, 10371991, 10376535, 10376721, 10377193, 10379320, 10380210, 10381365, 10381849, 10382018, 10392618, 10396747, 10402827, 10412382, 10433860, 10437011, 10437801, 10450183, 10461118, 10479582, 10482133, 10489344, 10494568, 10496026, 10499932, 10520195, 10521013, 10523677, 10534094, 10537426, 10543949, 10549101, 10551478, 10552563, 10558153, 10562577, 10564980, 10566370, 10572873, 10578871, 10579722, 10587140, 10597296, 10621449, and 10637908 (which is the petitioner's VOQ and not one of the 163 submitted with the petition).

The three VOQs that were submitted from foreign countries: 10303105, 10303749, and 10308974.
The eleven VOQs that are out of the specified population by model or model year: 10447756, 10453401, 10490200, 10507434, 10521377, 10563214, 10563585, 10575230, 10583796, 10584534, and 10595113.

See Supplemental Report "VOQs by Categories" in the public repository for this investigation for a listing of VOQs by categories as noted in Table 2 of the petition appendix.